UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIK GOMEZ,

Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

Defendants.

26-cv-6833 (JGK)

Order

**John G. Koeltl, District Judge:**

The time for the defendants to respond to the complaint is extended to **October 12, 2026.** The Clerk of Court is respectfully requested to electronically notify the New York City Police Department and the New York City Law Department of this Order.

**SO ORDERED.**

**Dated:** New York, New York
September 18, 2026

John G. Koeltl
United States District Judge